EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Milton Arbizu, on behalf of himself and all other persons similarly situated, | |
| Plaintiff, | DOCKET NO. 22-cv-6155 (KMK) (AEK) |
| - vs. - | |
| B S D Food LLC d/b/a Bagel D'Lox and Nelson Buchinger, | **OFFER OF JUDGMENT** |
| Defendants. | |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants B S D Food LLC d/b/a Bagel D'Lox and Nelson Buchinger hereby offer to allow Judgment to be entered against them jointly and severally in this action in the amount of $50,000.00, which includes reimbursement of Plaintiff's reasonable attorneys' fees and costs incurred to the date of this offer. This offer is unconditional, and is made to fully and finally resolve all of Plaintiff's claims for relief.

This Offer of Judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and is not to be construed as either an admission that Defendants are liable in this action, or that Plaintiff has suffered any damage. This Offer of Judgment shall not be filed with the Court unless it is accepted.

To accept this offer, Plaintiff must serve written notice of accpetance thereof within fourteen days of the date this offer is made.

Dated: January 3, 2023

_____
Bernard Weinreb, Esq.
2 Perlman Drive, Suite 310
Spring Valley, NY 10977
Fax: ( )

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2023, I caused the foregoing Offer of Judgment to be served via email to:

David Stein, Esq.
Stein & Nieporent LLP
1441 Broadway, Suite 6090
New York, NY 10018
dstein@steinllp.com

_____
Bernard Weinreb, Esq.