## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Milton Arbizu, on behalf of himself and all other persons similarly situated,<br><br>        Plaintiff,<br><br>     – vs. –<br><br>B S D Food LLC d/b/a Bagel D'Lox and Nelson Buchinger,<br><br>        Defendants. | DOCKET NO. 22-cv-6155 (KMK) (AEK)<br><br>**JUDGMENT** |

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on January 11, 2023; and Defendants B S D Food LLC d/b/a Bagel D'Lox and Nelson Buchinger having offered Plaintiff Milton Arbizu to take a judgment against them; it is

**ORDERED and ADJUDGED** THAT Judgment is entered in favor of Plaintiff Milton Arbizu and against Defendants B S D Food LLC d/b/a Bagel D'Lox and Nelson Buchinger, jointly and severally, in the sum of $50,000 (Fifty Thousand Dollars and Zero Cents) inclusive of attorneys' fees, costs, and prejudgment interest accrued to date.

Dated:  January _____, 2023

_____
Hon. Kenneth M. Karas, U.S.D.J.